# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re Seizure of:** | : | **Case No.** 2:22-mc-40 |
| | : | |
| **An Armory Dynamics (Thompson, Dwain) AD-15 pistol, bearing Serial Number AD00630;** | : | **MAGISTRATE JUDGE JOLSON** |
|     Asset Id No. 22-ATF-024503 | : | |
| | : | |
| **A Glock GMBH 17CGEN4, 9mm pistol, bearing Serial Number TXX502;** | : | |
|     Asset Id No. 22-ATF-024508 | : | |
| | : | |
| **A CMMG Inc., MK47 7.62 caliber pistol, bearing Serial Number BSJ01221;** | : | |
|     Asset Id No. 22-ATF-024511 | : | |
| | : | |
| **A Maxim Defense Industries, LLC MD:15 pistol, bearing Serial Number VK005114;** | : | |
|     Asset Id No. 22-ATF-024512 | : | |
| | : | |
| **An Armory Dynamics (Thompson, Dwain) AD-15 pistol, bearing Serial Number AD00624;** | : | |
|     Asset Id No. 22-ATF-024515 | : | |
| | : | |
| **A Golden State Arms rifle, bearing Serial Number 16634;** | : | |
|     Asset Id No. 22-ATF-024524 | : | |
| | : | |
| **A Beretta, Pietro S.P.A AL2, 12-gauge shotgun, bearing Serial Number G90035;** | : | |
|     Asset Id No. 22-ATF-024525 | : | |
| | : | |
| **A Marlin Firearms Co. rifle, bearing Serial Number SB836R;** | : | |
|     Asset Id No. 22-ATF-024526 | : | |
| | : | |
| **A Harrington and Richardson Topper 158 Combo, 30-30 rifle, bearing Serial Number AM312776;** | : | |
|     Asset Id No. 22-ATF-024527 | : | |

**A Harrington and Richardson 176, 10-gauge shotgun, bearing Serial Number AR262979;** :
    **Asset Id No.   22-ATF-024528** :
:
**A Savage 311, 12-gauge shotgun, bearing Serial Number 5100;** :
    **Asset Id No.   22-ATF-024529** :
:
**A Savage Stevens 520, 12-gauge shotgun, bearing no discernable Serial Number;** :
    **Asset Id No.   22-ATF-024530** :
:
**An Iver Johnson Champion, 12-gauge shotgun, bearing Serial Number 50988C;** :
    **Asset Id No.   22-ATF-024531** :
:
**A Harrington and Richardson 365, .22 caliber rifle, bearing Serial Number 1072;** :
    **Asset Id No.   22-ATF-024532** :
:
**A Remington Arms Company, Inc. 572, .22 caliber rifle, bearing no discernable Serial Number;** :
    **Asset Id No.   22-ATF-024533** :
:
**A Harrington and Richardson shotgun, bearing Serial Number 163878;** :
    **Asset Id No.   22-ATF-024534** :
:
**A North American Arms Pug-D, .22 caliber revolver, bearing Serial Number PG47034;** :
    **Asset Id No.   22-ATF-024535** :
:
**A Smith & Wesson revolver, bearing Serial Number 239364;** :
    **Asset Id No.   22-ATF-024537** :
:
**A Smith & Wesson M&P 9C, 9mm pistol, bearing Serial Number DXW3547;** :
    **Asset Id No.   22-ATF-024538** :

2

| | |
|---|---|
| **A Smith & Wesson 640, .380 caliber revolver, bearing Serial Number 043;** | : |
| **Asset Id No.   22-ATF-024539** | : |
| | : |
| **An Iver Johnson Sealed 8, .22 caliber revolver, bearing Serial Number N43489;** | : |
| **Asset Id No.   22-ATF-024541** | : |
| | : |
| **An FNH USA, LLC 509, 9mm pistol, bearing Serial Number GKS0047113;** | : |
| **Asset Id No.   22-ATF-024542** | : |
| | : |
| **A Glock GMBH 43X, 9mm pistol, bearing Serial Number BPBL215;** | : |
| **Asset Id No.   22-ATF-024548** | : |
| | : |
| **An Israel Weapon IND-IWI (Israel Military IND-IMI) Tavor X95, 5.56 rifle, bearing Serial Number T1010634;** | : |
| **Asset Id No.   22-ATF-024552** | : |
| | : |
| **A Spike's Tactical LLC Crusader rifle, bearing Serial Number DV027882;** | : |
| **Asset Id No.   22-ATF-024554** | : |
| | : |
| **A Smith & Wesson 60, .38 caliber revolver, bearing Serial Number BPY9752;** | : |
| **Asset Id No.   22-ATF-024562** | : |
| | : |
| **A Geissele Automatics, LLC SD-556, 5.56 caliber rifle, bearing Serial Number SD556-2000017; and** | : |
| **Asset Id No.   22-ATF-024569** | : |
| | : |
| **Any magazines and assorted rounds of ammunition.** | : |
| **Asset Id Nos.   22-ATF-024505, 22-ATF-024509, 22-ATF-024510, 22-ATF-024513, 22-ATF-024516, 22-ATF-024518, 22-ATF-024519, 22-ATF-024520, 22-ATF-024521, 22-ATF-024522, 22-ATF-024536, 22-ATF-024545, 22-ATF-024549, 22-ATF-024551, 22-ATF-024555, 22-ATF-024565, 22-ATF-024557,** | : |

22-ATF-024561, & 22-ATF-024566 :

**UNITED STATES' MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE**

The United States of America, by its undersigned counsel, respectfully moves this Court, as authorized by 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to file a complaint for forfeiture and/or to obtain a criminal indictment alleging forfeiture from November 2, 2022, to January 31, 2023, regarding property to which a claim has been filed by Gary Haun in a non-judicial (administrative) civil forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The property that is the subject of this Motion is more completely described as the following property seized by the ATF on or about May 20, 2022 ("the property"):

   a. An Armory Dynamics (Thompson, Dwain) AD-15 pistol, bearing Serial Number AD00630;

   b. A Glock GMBH 17CGEN4, 9mm pistol, bearing Serial Number TXX502;

   c. A CMMG Inc., MK47 7.62 caliber pistol, bearing Serial Number BSJ01221;

   d. A Maxim Defense Industries, LLC MD:15 pistol, bearing Serial Number VK005114;

   e. An Armory Dynamics (Thompson, Dwain) AD-15 pistol, bearing Serial Number AD00624;

   f. A Golden State Arms rifle, bearing Serial Number 16634;

   g. A Beretta, Pietro S.P.A AL2, 12-gauge shotgun, bearing Serial Number G90035;

   h. A Marlin Firearms Co. rifle, bearing Serial Number SB836R;

   i. A Harrington and Richardson Topper 158 Combo, 30-30 rifle, bearing Serial Number AM312776;

j. A Harrington and Richardson 176, 10-gauge shotgun, bearing Serial Number AR262979;

k. A Savage 311, 12-gauge shotgun, bearing Serial Number 5100;

l. A Savage Stevens 520, 12-gauge shotgun, bearing no discernable Serial Number;

m. An Iver Johnson Champion, 12-gauge shotgun, bearing Serial Number 50988C;

n. A Harrington and Richardson 365, .22 caliber rifle, bearing Serial Number 1072;

o. A Remington Arms Company, Inc. 572, .22 caliber rifle, bearing no discernable Serial Number;

p. A Harrington and Richardson shotgun, bearing Serial Number 163878;

q. A North American Arms Pug-D, .22 caliber revolver, bearing Serial Number PG47034;

r. A Smith & Wesson revolver, bearing Serial Number 239364;

s. A Smith & Wesson M&P 9C, 9mm pistol, bearing Serial Number DXW3547;

t. A Smith & Wesson 640, .380 caliber revolver, bearing Serial Number 043;

u. An Iver Johnson Sealed 8, .22 caliber revolver, bearing Serial Number N43489;

v. An FNH USA, LLC 509, 9mm pistol, bearing Serial Number GKS0047113;

w. A Glock GMBH 43X, 9mm pistol, bearing Serial Number BPBL215;

x. An Israel Weapon IND-IWI (Israel Military IND-IMI) Tavor X95, 5.56 rifle, bearing Serial Number T1010634;

y. A Spike's Tactical LLC Crusader rifle, bearing Serial Number DV027882;

z. A Smith & Wesson 60, .38 caliber revolver, bearing Serial Number BPY9752;

aa. A Geissele Automatics, LLC SD-556, 5.56 caliber rifle, bearing Serial Number SD556-2000017; and

bb. Any magazines and assorted rounds of ammunition, including:
    i. Approximately 116 rounds of Frontier brand 5.56 caliber ammunition;
    ii. Approximately 70 rounds of Winchester-Western brand 9mm ammunition;
    iii. Approximately 3,928 rounds of assorted ammunition;

  iv. Approximately 330 rounds of Tula Cartridge Works - Russia brand 7.62 caliber ammunition;
  v. Approximately 90 rounds of assorted 5.56 caliber ammunition;
  vi. Approximately 5 rounds of CCI brand .22 caliber ammunition;
  vii. Approximately 29 rounds of Frontier brand .223 caliber ammunition; and
  viii. Approximately 5 rounds of Winchester-Western brand .38 caliber ammunition.

In support of this Motion, the United States offers the Agreement between the parties, attached hereto as Exhibit A, and the following memorandum.

## MEMORANDUM

**A. Introduction**

As an initial matter, the United States represents to the Court that:

All of the written notices of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to be sent by the ATF to interested parties have been sent.

In accordance with 18 U.S.C. § 983(a)(2), Gary Haun filed a claim in a non-judicial civil forfeiture proceeding with the ATF on August 4, 2022, asserting an interest in the property.

No other person or entity has filed a claim to the property in the non-judicial civil forfeiture proceeding, as required by law, and the time for any person to file a claim to this property in the non-judicial civil forfeiture proceeding under 18 U.S.C. § 983(a)(2)(A)-(E) has expired.

**B. Legal Standard**

Title 18, United States Code, Section 983(a) states, in relevant part:

 **(3)(A)** Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

  **(B)** If the Government does not–
   **(i)** file a complaint for forfeiture or return the property, in accordance with subparagraph (A); or

    **(ii)**  before the time for filing a complaint has expired–
       **(I)** obtain a criminal indictment containing an allegation that the property is subject to forfeiture; and
       **(II)** take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute,
the Government shall promptly release the property pursuant to regulations promulgated by the Attorney General, and may not take any further action to effect the civil forfeiture of such property in connection with the underlying offense.

   **(C)**  In lieu of, or in addition to, filing a civil forfeiture complaint, the Government may include a forfeiture allegation in a criminal indictment. If criminal forfeiture is the only forfeiture proceeding commenced by the Government, the Government's right to continued possession of the property shall be governed by the applicable criminal forfeiture statute.

**C.**    **Argument**

As stated above, on or about May 20, 2022, the ATF seized the property from Gary Haun's residence located at 6791 Charles Road, Westerville, Ohio, during the execution of a federal search warrant as part of the investigation of Tracey Haun, who is Gary Haun's son. Gary Haun filed a claim to the property in the non-judicial civil forfeiture proceeding with the ATF on August 4, 2022, asserting an interest in the property. In accordance with 19 U.S.C. §§ 1608 and 1610, upon the filing of such timely, valid claim, the seizing agency transmitted the claim to the United States Attorney for the purpose of initiating a judicial forfeiture action against the property.

Under 18 U.S.C. § 983(a)(3)(A)-(C), unless the time is extended by the Court for good cause or upon agreement of the parties, the United States is required to file a complaint for forfeiture against the property and/or to obtain a criminal indictment alleging that the property is subject to forfeiture no later than November 2, 2022. If the United States fails to do so, it is required to release the property "and may not take any further action to effect the civil forfeiture of the property in connection with the underlying offense." 18 U.S.C. § 983(a)(3)(B).

The parties have agreed to extend the time in which the United States is required to file a complaint for forfeiture against the property and/or to obtain a criminal indictment alleging that the property is subject to forfeiture by 90 days from November 2, 2022, to January 31, 2023. (*See* Exhibit A.)

**D.     Conclusion**

Therefore, based upon the agreement between the parties, the United States respectfully requests that the Court issue an Order extending the period in which the United States is required to file a complaint against the property and/or to obtain a criminal indictment alleging that the property is subject to forfeiture until January 31, 2023.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/Deborah D. Grimes
DEBORAH D. GRIMES (0078698)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Deborah.Grimes@usdoj.gov

**In re Seizure of:**

**An Armory Dynamics (Thompson, Dwain) AD-15 pistol, bearing Serial Number AD00630;**
   Asset Id No.  22-ATF-024503

**A Glock GMBH 17CGEN4, 9mm pistol, bearing Serial Number TXX502;**
   Asset Id No.  22-ATF-024508

**A CMMG Inc., MK47 7.62 caliber pistol, bearing Serial Number BSJ01221;**
   Asset Id No.  22-ATF-024511

**A Maxim Defense Industries, LLC MD:15 pistol, bearing Serial Number VK005114;**
   Asset Id No.  22-ATF-024512

**An Armory Dynamics (Thompson, Dwain) AD-15 pistol, bearing Serial Number AD00624;**
   Asset Id No.  22-ATF-024515

**A Golden State Arms rifle, bearing Serial Number 16634;**
   Asset Id No.  22-ATF-024524

**A Beretta, Pietro S.P.A AL2, 12-gauge shotgun, bearing Serial Number G90035;**
   Asset Id No.  22-ATF-024525

**A Marlin Firearms Co. rifle, bearing Serial Number SB836R;**
   Asset Id No.  22-ATF-024526

**A Harrington and Richardson Topper 158 Combo, 30-30 rifle, bearing Serial Number AM312776;**
   Asset Id No.  22-ATF-024527

**A Harrington and Richardson 176, 10-gauge shotgun, bearing Serial Number AR262979;**
   Asset Id No.  22-ATF-024528

**A Savage 311, 12-gauge shotgun, bearing Serial Number 5100;**
   Asset Id No.  22-ATF-024529

**A Savage Stevens 520, 12-gauge shotgun, bearing no discernable Serial Number;**
   Asset Id No.  22-ATF-024530

**An Iver Johnson Champion, 12-gauge shotgun, bearing Serial Number 50988C;**
   Asset Id No.  22-ATF-024531

**A Harrington and Richardson 365, .22 caliber rifle, bearing Serial Number 1072;**
   Asset Id No.  22-ATF-024532



EXHIBIT A

**A Remington Arms Company, Inc. 572, .22 caliber rifle, bearing no discernable Serial Number;**
   **Asset Id No. 22-ATF-024533**

**A Harrington and Richardson shotgun, bearing Serial Number 163878;**
   **Asset Id No. 22-ATF-024534**

**A North American Arms Pug-D, .22 caliber revolver, bearing Serial Number PG47034;**
   **Asset Id No. 22-ATF-024535**

**A Smith & Wesson revolver, bearing Serial Number 239364;**
   **Asset Id No. 22-ATF-024537**

**A Smith & Wesson M&P 9C, 9mm pistol, bearing Serial Number DXW3547;**
   **Asset Id No. 22-ATF-024538**

**A Smith & Wesson 640, .380 caliber revolver, bearing Serial Number 043;**
   **Asset Id No. 22-ATF-024539**

**An Iver Johnson Sealed 8, .22 caliber revolver, bearing Serial Number N43489;**
   **Asset Id No. 22-ATF-024541**

**An FNH USA, LLC 509, 9mm pistol, bearing Serial Number GKS0047113;**
   **Asset Id No. 22-ATF-024542**

**A Glock GMBH 43X, 9mm pistol, bearing Serial Number BPBL215;**
   **Asset Id No. 22-ATF-024548**

**An Israel Weapon IND-IWI (Israel Military IND-IMI) Tavor X95, 5.56 rifle, bearing Serial Number T1010634;**
   **Asset Id No. 22-ATF-024552**

**A Spike's Tactical LLC Crusader rifle, bearing Serial Number DV027882;**
   **Asset Id No. 22-ATF-024554**

**A Smith & Wesson 60, .38 caliber revolver, bearing Serial Number BPY9752;**
   **Asset Id No. 22-ATF-024562**

**A Geissele Automatics, LLC SD-556, 5.56 caliber rifle, bearing Serial Number SD556-2000017; and**
   **Asset Id No. 22-ATF-024569**

**Any magazines and assorted rounds of ammunition, including:**
       **Approximately 116 rounds of Frontier brand 5.56 caliber ammunition;**
          **Asset Id Nos. 22-ATF-024506 & 22-ATF-024516**

2

**Approximately 70 rounds of Winchester-Western brand 9mm ammunition;**
   Asset Id Nos.  22-ATF-024509, 22-ATF-024545, 22-ATF-024549 & 22-ATF-024557

**Approximately 3,928 rounds of assorted ammunition;**
   Asset Id Nos.  22-ATF-024510, 22-ATF-024513, 22-ATF-024520, 22-ATF-024521, 22-ATF-024522, 22-ATF-024551, 22-ATF-024561, 22-ATF-024566 & 22-ATF-024568

**Approximately 330 rounds of Tula Cartridge Works - Russia brand 7.62 caliber ammunition;**
   Asset Id No.  22-ATF-024518

**Approximately 90 rounds of assorted 5.56 caliber ammunition;**
   Asset Id No.  22-ATF-024519

**Approximately 5 rounds of CCI brand .22 caliber ammunition;**
   Asset Id No.  22-ATF-024536

**Approximately 29 rounds of Frontier brand .223 caliber ammunition; and**
   Asset Id No.  22-ATF-024555

**Approximately 5 rounds of Winchester-Western brand .38 caliber ammunition.**
   Asset Id No.  22-ATF-024565

## AGREEMENT

1. The parties to this Agreement are the United States of America ("United States"), by and through the undersigned Assistant United States Attorney for the Southern District of Ohio, and Gary Haun ("Claimant Haun"), by and through his attorney Kort Gatterdam, (together "the Parties").

2. The Parties stipulate and agree that, in accordance with 18 U.S.C. § 983(a)(2), on or about August 4, 2022, Claimant Haun filed a claim in a non-judicial (administrative) civil forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), asserting an interest in the following property seized by the ATF on or about May 20, 2022 ("the property"):

3

a. An Armory Dynamics (Thompson, Dwain) AD-15 pistol, bearing Serial Number AD00630;

b. A Glock GMBH 17CGEN4, 9mm pistol, bearing Serial Number TXX502;

c. A CMMG Inc., MK47 7.62 caliber pistol, bearing Serial Number BSJ01221;

d. A Maxim Defense Industries, LLC MD:15 pistol, bearing Serial Number VK005114;

e. An Armory Dynamics (Thompson, Dwain) AD-15 pistol, bearing Serial Number AD00624;

f. A Golden State Arms rifle, bearing Serial Number 16634;

g. A Beretta, Pietro S.P.A AL2, 12-gauge shotgun, bearing Serial Number G90035;

h. A Marlin Firearms Co. rifle, bearing Serial Number SB836R;

i. A Harrington and Richardson Topper 158 Combo, 30-30 rifle, bearing Serial Number AM312776;

j. A Harrington and Richardson 176, 10-gauge shotgun, bearing Serial Number AR262979;

k. A Savage 311, 12-gauge shotgun, bearing Serial Number 5100;

l. A Savage Stevens 520, 12-gauge shotgun, bearing no discernable Serial Number;

m. An Iver Johnson Champion, 12-gauge shotgun, bearing Serial Number 50988C;

n. A Harrington and Richardson 365, .22 caliber rifle, bearing Serial Number 1072;

o. A Remington Arms Company, Inc. 572, .22 caliber rifle, bearing no discernable Serial Number;

p. A Harrington and Richardson shotgun, bearing Serial Number 163878;

4

q. A North American Arms Pug-D, .22 caliber revolver, bearing Serial Number PG47034;

r. A Smith & Wesson revolver, bearing Serial Number 239364;

s. A Smith & Wesson M&P 9C, 9mm pistol, bearing Serial Number DXW3547;

t. A Smith & Wesson 640, .380 caliber revolver, bearing Serial Number 043;

u. An Iver Johnson Sealed 8, .22 caliber revolver, bearing Serial Number N43489;

v. An FNH USA, LLC 509, 9mm pistol, bearing Serial Number GKS0047113;

w. A Glock GMBH 43X, 9mm pistol, bearing Serial Number BPBL215;

x. An Israel Weapon IND-IWI (Israel Military IND-IMI) Tavor X95, 5.56 rifle, bearing Serial Number T1010634;

y. A Spike's Tactical LLC Crusader rifle, bearing Serial Number DV027882;

z. A Smith & Wesson 60, .38 caliber revolver, bearing Serial Number BPY9752;

aa. A Geissele Automatics, LLC SD-556, 5.56 caliber rifle, bearing Serial Number SD556-2000017; and

bb. Any magazines and assorted rounds of ammunition, including:
  i. Approximately 116 rounds of Frontier brand 5.56 caliber ammunition;
  ii. Approximately 70 rounds of Winchester-Western brand 9mm ammunition;
  iii. Approximately 3,928 rounds of assorted ammunition;
  iv. Approximately 330 rounds of Tula Cartridge Works - Russia brand 7.62 caliber ammunition;
  v. Approximately 90 rounds of assorted 5.56 caliber ammunition;
  vi. Approximately 5 rounds of CCI brand .22 caliber ammunition;
  vii. Approximately 29 rounds of Frontier brand .223 caliber ammunition; and
  viii. Approximately 5 rounds of Winchester-Western brand .38 caliber ammunition.

3. The Parties stipulate that, under 18 U.S.C. § 983(a)(3)(A)-(C), the deadline for the United States to file a complaint for forfeiture against the property and/or to obtain a criminal indictment alleging that the property is subject to forfeiture currently is November 2, 2022.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the Parties wish to extend the time in which the United States is required to file a complaint for forfeiture against the property and/or to obtain a criminal indictment alleging that the property is subject to forfeiture in order that the Parties may have a reasonable and sufficient period in which to evaluate their respective interests and positions regarding the property.

5. Claimant Haun knowingly, intelligently, and voluntarily gives up any right he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property and/or to obtain a criminal indictment alleging that the property is subject to forfeiture no later than November 2, 2022, and any right he may have to seek dismissal of any complaint and/or any indictment on the ground that it was not filed or returned on or before November 2, 2022.

6. Therefore, the Parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain a criminal indictment alleging that the property is subject to forfeiture shall be extended by 90 days from November 2, 2022, to January 31, 2023.

7. Claimant Haun agrees that until the United States files a complaint for forfeiture against the property and/or obtains a criminal indictment alleging that the property is subject to forfeiture, or until January 31, 2023, whichever occurs first, the property shall remain in the custody of the United States, and the claimant shall not seek its return for any reason in any manner.

8. The Parties agree that the United States will file the attached Motion to Extend Time to File Complaint for Forfeiture and/or to Obtain Indictment Alleging Forfeiture and agree to the entry of an Order extending the deadline to file in accordance with this Agreement.

KENNETH L. PARKER
United States Attorney

Date: 10/27/2022

DEBORAH D. GRIMES (0078698)
Assistant United States Attorney

I am Gary Haun's attorney. I have carefully reviewed this Agreement with him. He advises me that he understands and accepts the terms of this Agreement and that his decision to enter into this Agreement is an informed and voluntary one.

Date: 10/27/2022

KORT GATTERDAM (0040434) /per auth. (0085155)
Attorney for Gary Haun